■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER HUNTER, Appellant. [767 NYS2d 916]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flaherty, J.), rendered January 18, 2001, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Williams,* 84 NY2d 925, 926 [1994]).

The defendant contends that the testimony of the prosecution's witnesses was not credible. However, issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84, 94 [1903]). Its determination should be afforded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Florio, J.P., Friedmann, Townes and Cozier, JJ., concur.